UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



**JOHNSON PREVILON,**
Plaintiff,

v.  Case No. 25-25953-CIV-Damian/Reid

**CLERK OF THE ELEVENTH JUDICIAL CIRCUIT
IN AND FOR MIAMI-DADE COUNTY, FLORIDA,**
Defendant.
_____/

**DECLARATION OF MICHAEL MINCIELI**

(Pursuant to 28 U.S.C. § 1746)

I, Michael Mincieli, declare as follows:

1. I am over eighteen years of age and competent to make this declaration.
2. I am the Trustee of the "Do Not Be Deceived Express Trust."
3. I am not appearing as legal counsel in this matter and do not seek to represent any party before this Court.
4. This declaration is submitted solely for the limited purpose of providing factual information relevant to Plaintiff's request for verification and preservation of court records.
5. In my capacity as Trustee, I have an interest in ensuring that judicial records connected to proceedings involving Plaintiff are complete, accurately maintained, and preserved.
6. I am aware that Plaintiff submitted written requests seeking inspection or confirmation of specific court-maintained records.
7. I am further aware that Plaintiff filed IRS Form 14039 to create an administrative record concerning potential misuse or misidentification of identifying information in connection with judicial proceedings.
8. To my knowledge, written confirmation regarding the existence or nonexistence of certain requested records has not been provided.
9. The purpose of this declaration is not to challenge any state court judgment, but to support Plaintiff's request for record clarity, verification, and preservation.
10. I submit this declaration voluntarily and solely in support of procedural transparency and record integrity.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 12 day of February, 2026.

_____

/s/ Michael Mincieli
Trustee, Do Not Be Deceived Express Trust